**June LOCKLEAR, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7153.

United States Court of Appeals, Federal Circuit.

April 25, 2001.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to remand the case to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat.2096,

IT IS ORDERED THAT:

The motion is granted.